UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
LAPPIN JR., THOMAS F                            §   Case No. 11-34048
LAPPIN, CATHERINE B                             §
                                                §
                                                §
              Debtor(s)                         §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Elizabeth C. Berg_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - LAPPIN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | |
|---|---|---|
| Case No: | 11-34048 DRC Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg |
| Case Name: | LAPPIN JR., THOMAS F | Date Filed (f) or Converted (c): 08/19/11 (f) |
| | LAPPIN, CATHERINE B | 341(a) Meeting Date: 09/26/11 |
| For Period Ending: 07/23/14 | | Claims Bar Date: 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>Petitioners own real estate residence located at 3N775 Thomly Road, St. Charles, Il. 60174 | 285,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account<br>Fifth Third Ban | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account<br>America Bank & Trust | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods<br>Living room furniture (5 to 10 years old); Kitchen table and chairs (5 to10 years old); Family room furniture (5 to 10 Years old); Wet bar; 4 bedroom sets (5 to 10 years old) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel<br>Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry<br>Engagement Ring and Wedding Banks & misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies<br>Term Life Insurance Policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Other Liquidated Debts, Tax Refunds<br>1/5 interest in LLC owned by debtor and his siblings holding title to | Unknown | 0.00 | | 0.00 | FA |

**FORM 1 - LAPPIN**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-34048 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAPPIN JR., THOMAS F | | | Date Filed (f) or Converted (c): | 08/19/11 (f) |
| | LAPPIN, CATHERINE B | | | 341(a) Meeting Date: | 09/26/11 |
| | | | | Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| family vacation home in Boulder Junction, WI | | | | | |
| 9. Equitable or Future Interests<br>Interest in Father's Living Trust | Unknown | 0.00 | | 0.00 | FA |
| 10. Vehicles<br>2006 Nissan Pathfinder (106,000 miles) | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles<br>1996 Pontiac Bonneville | 500.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund - 2010 Federal & State (u) | 0.00 | 8,441.00 | | 8,441.00 | FA |
| 13. STOCK-ESPP (u)<br>Prepetition Value of Debtor's Fidelity Investment Account ( Comcast Shares) | 0.00 | 746.63 | | 746.63 | FA |
| 14. OTHER-Claim in Peter Lappin bankruptcy estate (u)<br>$127,000 Claim in Peter Lappin bankruptcy case no, 10-56812 - to be paid pro rata if at all | 0.00 | 127,000.00 | | 214.26 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.10 | FA |
| TOTALS (Excluding Unknown Values) | $298,550.00 | $136,187.63 | | $9,401.99 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

**FORM 1 - LAPPIN**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-34048   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAPPIN JR., THOMAS F | Date Filed (f) or Converted (c): | 08/19/11 (f) |
| | LAPPIN, CATHERINE B | 341(a) Meeting Date: | 09/26/11 |
| | | Claims Bar Date: | 03/15/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered nonexempt proceeds of a 2010 tax refund; Trustee investigated disposition of sizable inheritance and Debtors' investment in multiple failed real estate investments, finding no equity for creditors; Trustee also investigated estate's interest in family vacation home in Wisconsin co-owned with the Debtor's 4 siblings and determined there is no equity in Debtors' share of same; Estate has sizable claim in bankrupty estate of Debtor's brother Peter Lappin and TR filed proof of claim for same. Will collect on claim when Peter Lappin case closes and proceed to close this case.

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 06/30/14

         /s/    Elizabeth C. Berg
_____    Date: 07/23/14
        ELIZABETH C. BERG

FORM 2 - LFORM2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-34048 -DRC | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | LAPPIN JR., THOMAS F | Bank Name: | Associated Bank |
| | LAPPIN, CATHERINE B | Account Number / CD #: | *******5885 Checking Account |
| Taxpayer ID No: | *******4946 | | |
| For Period Ending: | 07/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,067.36 | | 9,067.36 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,057.36 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 6.22 | 9,051.14 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.47 | 9,037.67 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.14 | 9,025.53 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.42 | 9,012.11 |
| 04/08/14 | 14 | Estate of Peter J. Lappin<br>c/o Joseph R. Voiland, Trustee<br>1625 Wing Road<br>Yorkville, IL 60560 | Claim - Monies owed to Peter Lappin | 1229-000 | 214.26 | | 9,226.37 |

Page Subtotals  9,281.62  55.25

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 18.00b

FORM 2 - EXHIBIT B

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-34048 -DRC |
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |
| Taxpayer ID No: | *******4946 |
| For Period Ending: | 07/23/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5885  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,281.62 | 55.25 | 9,226.37 |
| | | | Less: Bank Transfers/CD's | | 9,067.36 | 0.00 | |
| | | | Subtotal | | 214.26 | 55.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 214.26 | 55.25 | |

Page Subtotals    0.00    0.00

FORM 2 - PAGE 3

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-34048 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | LAPPIN JR., THOMAS F | | Bank Name: | Bank of America, N.A. |
| | LAPPIN, CATHERINE B | | Account Number / CD #: | *******4361 Money Market Account |
| Taxpayer ID No: | *******4946 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/11 | 12 | Catherine Lappin<br>Cashier's Check<br>Fifth Third Bank<br>Lexington KY | Turnover of income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 11/23/11 | 12 | Elizabeth W. Lum<br>12 Meeting House Drive<br>PO Box 246<br>Cornish Flat NH 03746 | Turnover of Income Tax Refund | 1224-000 | 4,441.00 | | 8,441.00 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 8,441.03 |
| 12/14/11 | 13 | Fidelity Brokerage Services, LLC<br>BYN Mellon Trust of Delaware<br>Newark, Delaware | Proceeds from Comcast ESPP | 1229-000 | 746.63 | | 9,187.66 |
| 12/29/11 | INT | Bank of America, N.A. | Interest Received from Bank | 1270-000 | 0.07 | | 9,187.73 |
| 12/29/11 | | Transfer to Acct #*******2715 | Bank Funds Transfer | 9999-000 | | 9,187.73 | 0.00 |

Page Subtotals  9,187.73  9,187.73

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                              Ver: 18.00b

FORM 2 - LAPPIN

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-34048 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAPPIN JR., THOMAS F | | Bank Name: | Bank of America, N.A. |
| | LAPPIN, CATHERINE B | | Account Number / CD #: | *******4361 Money Market Account |
| Taxpayer ID No: | *******4946 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,187.73 | 9,187.73 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 9,187.73 | |
| | | | Subtotal | | 9,187.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,187.73 | 0.00 | |

Page Subtotals 0.00 0.00

FORM 2 - PAGE 1A

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-34048 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | LAPPIN JR., THOMAS F | | Bank Name: | Congressional Bank |
| | LAPPIN, CATHERINE B | | Account Number / CD #: | *******2715 Checking Account |
| Taxpayer ID No: | *******4946 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4361 | Bank Funds Transfer | 9999-000 | 9,187.73 | | 9,187.73 |
| 02/21/12 | 003001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Blanket Bond #016026455 Chicago   NDIL | 2300-000 | | 12.78 | 9,174.95 |
| 02/15/13 | 003002 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 7.59 | 9,167.36 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE SUITE 300 BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 10.00 | 9,157.36 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 9,147.36 |
| 05/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 9,137.36 |
| | | | Page Subtotals | | 9,187.73 | 50.37 | |

FORM 2 Page: 6
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                     Exhibit B

| Case No: | 11-34048 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | LAPPIN JR., THOMAS F | | Bank Name: | Congressional Bank |
| | LAPPIN, CATHERINE B | | Account Number / CD #: | *******2715  Checking Account |
| Taxpayer ID No: | *******4946 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occurred on June 4, 2013. TCMS will now allow me to post date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 9,127.36 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 9,117.36 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 9,107.36 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 9,097.36 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Sept13 | 2600-000 | | 10.00 | 9,087.36 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 10.00 | 9,077.36 |
| | | | | Page Subtotals | 0.00 | 60.00 | |

FORM 2 - PAGE 7

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-34048 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | LAPPIN JR., THOMAS F | | Bank Name: | Congressional Bank |
| | LAPPIN, CATHERINE B | | Account Number / CD #: | *******2715  Checking Account |
| Taxpayer ID No: | *******4946 | | | |
| For Period Ending: | 07/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 9,067.36 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,067.36 | 0.00 |

```
                                      COLUMN TOTALS                          9,187.73       9,187.73              0.00
                                      Less: Bank Transfers/CD's              9,187.73       9,067.36
                                      Subtotal                                   0.00         120.37
                                      Less: Payments to Debtors                                 0.00
                                      Net                                        0.00         120.37
```

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - ********5885 | | 214.26 | 55.25 | 9,226.37 |
| Money Market Account - ********4361 | | 9,187.73 | 0.00 | 0.00 |
| Checking Account - ********2715 | | 0.00 | 120.37 | 0.00 |
| | | ---------------- | ---------------- | ---------------- |
| | | 9,401.99 | 175.62 | 9,226.37 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    9,077.36

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Ver: 18.00b

LFORM24

| Page 1 | | EXHIBIT C - LAPPIN<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 23, 2014 |

Case Number:  11-34048  
Debtor Name:  LAPPIN JR., THOMAS F  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,690.00 | $0.00 | $1,690.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $1,952.50 | $0.00 | $1,952.50 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $26.59 | $26.59 | $0.00 |
| 000001<br>070<br>7100-00 | USAA Federal Savings Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue Ste 400<br>Seattle, WA 98121 | Unsecured | | $6,466.11 | $0.00 | $6,466.11 |
| 000002<br>070<br>7100-00 | Eagle Brook Country Club<br>2288 Fargo Blvd.<br>Geneva, Il. 60134 | Unsecured | | $5,846.40 | $0.00 | $5,846.40 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,642.44 | $0.00 | $6,642.44 |
| 000004<br>070<br>7100-00 | Inland Bank & Trust, f/k/a First Choice Bank<br>Attn: Hal O'Donnell<br>1900 West State Street<br>Geneva, Illinois 60134 | Unsecured | | $131,877.00 | $0.00 | $131,877.00 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>c/o Hchase<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $7,443.55 | $0.00 | $7,443.55 |
| | Case Totals: | | | $161,944.59 | $26.59 | $161,918.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-34048
Case Name: LAPPIN JR., THOMAS F
 LAPPIN, CATHERINE B
Trustee Name: Elizabeth C. Berg

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | USAA Federal Savings Bank | $ | $ | $ |
| 000002 | Eagle Brook Country Club | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004 | Inland Bank & Trust, f/k/a First Choice Bank | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

                                      NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE