UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-34048 |
| Thomas & Catherine Lappin, | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:           Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:                  August 19, 2011

Period for Which
Compensation is sought:      August 19, 2011 to Close of Case

Amount of Fees sought:       $1,690.00*

Amount of Expense
Reimbursement sought:        $0.00

This is an:   Interim Application __     Final Application  X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00   .

Dated: July 24, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                                        Thomas & Catherine Lappin, Debtors


                                        By:     /s/ Elizabeth C. Berg, Trustee
                                                Elizabeth C. Berg, Trustee

* *Trustee has incurred fees in the amount of $8,715.50 for 35.50 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-34048 |
| Thomas & Catherine Lappin, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Thomas & Catherine Lappin, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,690.00 as final compensation for her services rendered as trustee in this case from August 19, 2011 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on August 19, 2011, by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The assets of the estate included the debtors' 2010 Federal and State Tax Refund, shares of Comcast stock, and a claim in the bankruptcy state of Peter Lappin, Case No. 10-56812.

4. The bar date for filing claims in this case was March 15, 2012.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from October 4, 2011 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtors' schedules of assets and liabilities and Debtors' statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtors under oath.

B. Trustee inquired into and obtained turnover of the Debtors' unscheduled 2010 Federal and State Tax Refunds. Trustee also liquidated the Debtor's Fidelity Investment Account which contained shares of Comcast stock. Furthermore, Trustee investigated debtors' records and filed an unsecured claim in the bankruptcy case of Peter Lappin, who is the brother of the debtor, Thomas Lappin. As a result of a substantial mortgage deficiency claim in that case, Trustee received only a 0.2% return on account of the $125,000 claim she filed on behalf of this estate;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

F. Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $9,401.99 on behalf of the Estate. Trustee has made $ 175.62 in disbursements in this case as of the date hereof.

9. A copy of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B to the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 35.50 hours rendering services on behalf of this Estate with a value of $8,715.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $650.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,690.20 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $4,401.99 | $ 440.20 |
| Total allowable compensation | $ 1,690.20 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from October 4, 2011 through the closing of the case in the amount of $1,690.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

**Status of the Case**

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith. A final fee application for the Trustee's attorneys has been filed concurrently herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Thomas & Catherine Lappin, debtors, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,690.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from August 19, 2011 through the closing of this case; and

4

B.  Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C.  For such other and further relief as this Court deems appropriate.

Dated:  June 2, 2014                    Elizabeth C. Berg, as trustee of the estate
                                        of Thomas & Catherine Lappin, debtors



                                        By:___/s/ Elizabeth C. Berg, as trustee____
                                            Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

May 15, 2014
Invoice No:  02449

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Lappin - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 10/04/2011 | ECB | Investigate Debtors' RE holdings, including search of Kane and Cook County R/D public records; Review deeds and mortgages re same (1.3) Review Debtors' 2010 and 2009 income tax returns re refund and loss carryover issues (.5) Investigate transfers to Thomas Lappin and review Thomas Lappin bankruptcy docket (.4) Investigate status of Foxfield Commerce and LK Capital (.3) TC with Debtor's counsel re pending investigation of Debtors' assets (.3) | 2.80 $300.00/ hr | $840.00 |
| 10/04/2011 | ECB | Prepare document request regarding RE interests, family trusts, Foxfield Commerce investment (.8) Draft correspondence to Debtor's counsel re document request and turnover of income refund (.3) | 1.10 $300.00/ hr | $330.00 |
| 10/05/2011 | ECB | TC with TR Voiland re Peter Lappin case and possible connections (.5) | 0.50 $300.00/ hr | $150.00 |
| 11/04/2011 | ECB | Preliminary review of documents received from Debtor, including Trust Agreements, LLC operating agreements and bank statements | 1.20 $300.00/ hr | $360.00 |
| 11/04/2011 | ECB | Set up estate bank account (.1) Process turnover of tax refunds rec'd from Debtors and deposit same (.1) | 0.20 $300.00/ hr | $60.00 |

**Baldi Berg, Ltd**  5/15/2014

Lappin - Trustee Matters  Page 2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 11/11/2011 | ECB | Investigate assets of Father's estate; Review public records search for same | 0.70<br>$300.00/hr | $210.00 |
| 11/11/2011 | ECB | Review Debtor's Fidelity brokerage statement re Comcast ESPP shares (.2) Research ability to transfer stock under qualified section 423 plan (.3) Confer with JMM re follow up investigation (.1) | 0.60<br>$300.00/hr | $180.00 |
| 11/14/2011 | ECB | Investigate debtor's assets; review peter Lappin case, corporate searches on llc's to determine Thomas' interest in same; review interest in automobiles | 2.30<br>$300.00/hr | $690.00 |
| 11/18/2011 | ECB | Complete review of Debtors' bank statements (.1.3) TC with Tom Schershel, counsel for 1st choice bank (.2) | 1.50<br>$300.00/hr | $450.00 |
| 11/18/2011 | ECB | TC with TR Voiland re claim in Peter Lappin bankruptcy case and status of investigation of assets from parents estate (.3) | 0.30<br>$300.00/hr | $90.00 |
| 11/23/2011 | JMM | Process and deposit check for turnover of income tax refund | 0.20<br>$75.00/hr | $15.00 |
| 11/29/2011 | ECB | Review Debtor's Fidelity statement and confer with JMM re turnover of employee stock purchase plan holding | 0.20<br>$300.00/hr | $60.00 |
| 11/29/2011 | ECB | Review the transcript from continued 341 meeting (.6) Further review of bank statements (.3) Correspondence to Debtors' counsel re production of additional documentation re Tom Lappin's inheritance and WI property (.4) Email to Inland bank counsel re same (.1) | 1.40<br>$300.00/hr | $420.00 |
| 12/06/2011 | ECB | TC with TR Voiland re joint interest in Boulder Junction property and Thomas Lappin investment with Peter | 0.30<br>$300.00/hr | $90.00 |
| 12/08/2011 | ECB | Review 706 Estate Tax Returns for Thomas Lappin's parents and analyze interests inherited by debtor (.8) | 1.20<br>$300.00/hr | $360.00 |

**Baldi Berg, Ltd**                                                                 5/15/2014

Lappin - Trustee Matters                                                       Page    3

---

|            |     |                                                                                                                                                  |                     |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|----------|
|            |     | Review statement of account for Boulder Junction LLC re Debtor's outstanding payments for mortgage and tax expenses (.2) Email to Debtor's counsel re same (.1) Email to T. Schershel, counsel for bank (.1) | | |
| 12/11/2011 | ECB | Open and review of November Bank Statement, Approve Reconciliation Report                                                                        | 0.10<br>$300.00/ hr | $30.00   |
| 12/14/2011 | ECB | Review Fidelity brokerage account statements and confirm check receipt for prepetition funds only (.2) Update TR database with unscheduled assets (.1) | 0.30<br>$300.00/ hr | $90.00   |
| 12/20/2011 | JMM | Process November 2011 Bank Statements (.1) & Reconcile Trustee Bank Account (.1)                                                                  | 0.20<br>$75.00/ hr  | $15.00   |
| 1/16/2012  | RKP | Review case status and update system with information as necessary in preparation of interim report.                                               | 0.40<br>$195.00/ hr | $78.00   |
| 1/24/2012  | ECB | TC with counsel for CR Inland Bank re case status and discharge of debtors (.2) Email to confirm same (.1)                                         | 0.30<br>$300.00/ hr | $90.00   |
| 1/25/2012  | ECB | Meet with RKP to review and prep case summary for UST annual report                                                                              | 0.20<br>$300.00/ hr | $60.00   |
| 1/26/2012  | RKP | Review case file and docket for information needed to prepare Annual Report (.3); update information in system to prepare Form 1 and 2 (.6); edit forms per E. Berg and prepare for filing (.2). | 1.10<br>$195.00/ hr | $214.50  |
| 2/03/2012  | ECB | Review reconciliation and approve same following transfer of funds from Bank of America to Congressional Bank                                     | 0.20<br>$300.00/ hr | $60.00   |
| 2/03/2012  | JMM | Review and approve reconciliation reports from BOA and Congressional Bank                                                                        | 0.20<br>$85.00/ hr  | $17.00   |

**Baldi Berg, Ltd**                                                                                      5/15/2014

Lappin - Trustee Matters                                                                      Page    4

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/21/2012 | ECB | Prepare Trustee's Bond Premium Report in preparation for payment of 2012 invoice | 0.10<br>$300.00/ hr | $30.00 |
| 3/07/2012 | ECB | Open and initial review of bank statements; Confirm and post checks and deposits | 0.10<br>$300.00/ hr | $30.00 |
| 3/07/2012 | JMM | Review Bank Statements & Reconcile Accounts | 0.20<br>$85.00/ hr | $17.00 |
| 3/16/2012 | ECB | Review and approved reconciled Feb 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 4/10/2012 | ECB | Initial review of 3/12 bank statements (.1) | 0.10<br>$300.00/ hr | $30.00 |
| 4/11/2012 | JMM | Process March 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 5/07/2012 | ECB | Review and verify 4/30/12 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 5/07/2012 | JMM | Review Bank Statements & Reconcile Accounts | 0.20<br>$85.00/ hr | $17.00 |
| 6/13/2012 | ECB | Review reconciled bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 6/13/2012 | JMM | Process May 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 6/21/2012 | ECB | Review status of case and confer with JMM re case closing | 0.10<br>$300.00/ hr | $30.00 |
| 7/10/2012 | ECB | Open and review June Bank Statement, Review and approve reconciliation report | 0.10<br>$300.00/ hr | $30.00 |
| 7/10/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |

**Baldi Berg, Ltd**　　　　　　　　　　　　　　　　　　　　　　　　　5/15/2014

Lappin - Trustee Matters　　　　　　　　　　　　　　　　　　　　　　Page　5

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 7/23/2012 | ECB | Confer with JMM regarding preparation of proof of claim in Peter Lappin bk case | 0.10<br>$300.00/ hr | $30.00 |
| 8/07/2012 | ECB | Review of July 2012 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 8/08/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 9/14/2012 | ECB | Open and approve Aug 2012 bank statement | 0.10<br>$300.00/ hr | $30.00 |
| 9/20/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/16/2012 | ECB | Open and review Sept 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 10/16/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/26/2012 | JMM | Review case file and docket to update current status for preparation of Trustee's annual report | 0.80<br>$125.00/ hr | $100.00 |
| 10/31/2012 | ECB | Review, revise and approve annual report, form 1 and form 2 prepared for filing with court and United States Trustee (.7) Confer with JMM re compilation and filing of both hard and electronic copies of same (.2) | 0.90<br>$300.00/ hr | $270.00 |
| 10/31/2012 | JMM | Meet with Trustee re: case update & preparation of annual reports (.3) & Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee Office (.4) | 0.70<br>$125.00/ hr | $87.50 |
| 11/14/2012 | ECB | Open and review October Bank Statement, Review and approve reconciliation report | 0.10<br>$300.00/ hr | $30.00 |
| 11/14/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |

**Baldi Berg, Ltd**                                                                                    5/15/2014

Lappin - Trustee Matters                                                                        Page     6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/2012 | ECB | Open and approve Nov 12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 12/14/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/15/2013 | ECB | Open and review 12/12 bank statements | 0.10<br>$300.00/ hr | $30.00 |
| 1/15/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/18/2013 | RKP | Review case file and documents re: 2012 tax return obligation (.2); memo to L. West re: same (.1). | 0.30<br>$195.00/ hr | $58.50 |
| 2/11/2013 | ECB | Open and approve Jan 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/12/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/15/2013 | ECB | Review and approve annual bond payment report | 0.10<br>$325.00/ hr | $32.50 |
| 2/15/2013 | JMM | Review Blanket Bond Disbursement and approve w/ ECB (.1), Distribute Bond Payments (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/06/2013 | ECB | Open and verify Feb 13 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/07/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                 5/15/2014

Lappin - Trustee Matters                                                    Page     7

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update TR database to post monthly activity | 0.20<br>$325.00/ hr | $65.00 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliation | 0.10<br>$325.00/ hr | $32.50 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 7/18/2013 | JMM | Update trustee database and post monthly bank service fee (.1), Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS (.1) | 0.10<br>$175.00/ hr | $17.50 |
| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 8/12/2013 | ECB | Email to Trustee J. Voiland re status of distribution in Peter Lappin case | 0.10<br>$325.00/ hr | $32.50 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.20<br>$325.00/ hr | $65.00 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                 5/15/2014

Lappin - Trustee Matters                                                      Page    8

---

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/14/2013 | ECB | Open, review and approve Sept 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/22/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/24/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 11/12/2013 | ECB | Open and approve Oct 13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/12/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/01/2014 | ECB | Review Claim Objection in Peter Lappin case and email P. Lappin trustee re same | 0.10<br>$325.00/ hr | $32.50 |
| 1/15/2014 | ECB | Review and respond to UST inquiries in connection with review of TR annual report | 0.60<br>$325.00/ hr | $195.00 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$325.00/ hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan 14 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/12/2014 | ECB | Review final report in Peter Lappin case to determine amount of dividend on Estate's claim (.1) Confer with staff to prep case for closing (.1) | 0.20<br>$325.00/ hr | $65.00 |

**Baldi Berg, Ltd**                                                                                                5/15/2014

Lappin - Trustee Matters                                                                               Page    9

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20 $175.00/hr | $35.00 |
| 3/10/2014 | ECB | Open, review and approve Feb 14 bank statement | 0.10 $325.00/hr | $32.50 |
| 3/10/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 4/08/2014 | JMM | Deposit check from Peter Lappin case into TCMS (.1), Deposit check into Associated Bank via scanner (.1) | 0.20 $175.00/hr | $35.00 |
| 4/11/2014 | ECB | Open and review Mar 14 bank statement | 0.10 $325.00/hr | $32.50 |
| 4/14/2014 | JMM | Process March 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 5/14/2014 | JMM | Review claims (.4), Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); prepare TFR (1.0); and NFR (.4); review and edit Trustee final report package (.5) | 3.80 $175.00/hr | $665.00 |

|  |  |
|---|---|
| Total Fees | $8,715.50 |
| Total New Charges | $8,715.50 |
| Previous Balance | $0.00 |
| Balance Due | $8,715.50 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 17.80 | $300.00 |
| Elizabeth C Berg | 3.50 | $325.00 |
| Jason M Manola | 0.40 | $75.00 |
| Jason M Manola | 1.20 | $85.00 |

**Baldi Berg, Ltd** 5/15/2014

Lappin - Trustee Matters    Page   10

| | | |
|---|---|---|
| Jason M Manola | 2.70 | $125.00 |
| Jason M Manola | 8.10 | $175.00 |
| Ricki K Podorovsky | 1.80 | $195.00 |
| | **35.50** | |

**Trustee's Final Fee Application**         **Thomas & Catherine Lappin, Debtors**
                                              **Case No. 11-34048**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| Thomas & Catherine Lappin, ) | | Case No. 11-34048 |
| ) | | |
| ) | | Honorable Donald R. Cassling |
| Debtors. ) | | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on May 28, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**