# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
LAPPIN JR., THOMAS F § Case No. 11-34048
LAPPIN, CATHERINE B §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on August 29, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LAPPIN JR., THOMAS F § Case No. 11-34048
LAPPIN, CATHERINE B §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,401.99 |
| and approved disbursements of | $ | 175.62 |
| leaving a balance on hand of[1] | $ | 9,226.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 1,690.00 | $ 0.00 | $ 1,690.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,952.50 | $ 0.00 | $ 1,952.50 |
| Other: International Sureties, Ltd. | $ 26.59 | $ 26.59 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,642.50 |
| Remaining Balance | | $ | 5,583.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,275.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | USAA Federal Savings Bank | $ 6,466.11 | $ 0.00 | $ 228.12 |
| 000002 | Eagle Brook Country Club | $ 5,846.40 | $ 0.00 | $ 206.26 |
| 000003 | American Express Bank, FSB | $ 6,642.44 | $ 0.00 | $ 234.34 |
| 000004 | Inland Bank & Trust, f/k/a First Choice Bank | $ 131,877.00 | $ 0.00 | $ 4,652.55 |
| 000005 | Portfolio Recovery Associates, LLC | $ 7,443.55 | $ 0.00 | $ 262.60 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,583.87 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Case 11-34048   Doc 49   Filed 07/25/14   Entered 07/27/14 23:33:59   Desc Imaged
            Certificate of Notice   Page 4 of 6

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                            Case No. 11-34048-DRC
Thomas F Lappin, Jr.                                              Chapter 7
Catherine B Lappin
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhuley                Page 1 of 2            Date Rcvd: Jul 25, 2014
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db         #+Thomas F Lappin, Jr.,    3N775 Thomly Road,    Saint Charles, IL 60174-1137
jdb        #+Catherine B Lappin,    3N775 Thomly Road,    Saint Charles, IL 60174-1137
17693510    +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17702039     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17693511    +Arnstein & Lehr,    120 South Riverside Plaza,    Suite 1200,    Chicago, IL 60606-3910
17693512    +Chase Bank,    c/o Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541-0914
17706991    +Citizens Automobile Finance,    Asset Recovery RFE 350,    One Citizens Drive,
              Riverside, RL 02915-3019
17693513    +Eagle Brook Country Club,    2288 Fargo Blvd.,    Geneva, Il 60134-7501
17693514    +First Choice Bank,    1900 West State Street,    Geneva, IL 60134-3635
17693515    +IndyMac Mortage/One West,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
18512115    +Inland Bank & Trust, f/k/a First Choice Bank,    Attn: Hal O'Donnell,    1900 West State Street,
              Geneva, Illinois 60134-3635
17693516    +Lease Finance Group,    65 E Wacker Dr - Suite 510,    Chicago, Il 60601-7255
17693518    +NCO Financial Svcs Inc,    2920 Prospect Park Dr.,    Rancho Cordova, Ca 95670-6036
18627173   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Hchase,    POB 41067,
              Norfolk VA 23541)
17693519    +Private Bank,    70 West Madison,    Chicago, Il 60602-4282
17706992    +Private Bank,    501 West State Street,    Geneva,IL 60134-2149
18022729    +Sitih Oral Maxillofacial,    Surgery, LTD,    1131 Randall Court,    Geneva, IL 60134-3911
17693521    +Walter Kelter & Rosen, Ltd,    55 W Monroe St., Ste. 3600,    Chicago, Il 60603-5026
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17693517    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 25 2014 19:59:01     Nco Fin/99,
              PO Box 15636,    Wilmington, De 19850-5636
17693520    +E-mail/Text: bncmail@w-legal.com Jul 25 2014 19:58:57     USAA Federal Savings Bank,
              c/o Weinstein and Riley, PS,    2001 Western Avenue Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18437883*     American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
aty         ##+Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,    Suite 1500,   Chicago, IL 60603-1413
17693509    ##+Adam S Tracy, Ltd,    552 S Washington St,   Suite 211,    Naperville, IL 60540-6670
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
         Craig A Goode    on behalf of Creditor   Inland Bank & Trust cgoode@salawus.com
         Dana N O'Brien    on behalf of Creditor   OneWest Bank, FSB dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
```

```
District/off: 0752-1          User: lhuley                Page 2 of 2                   Date Rcvd: Jul 25, 2014
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Elizabeth C Berg    on behalf of Attorney   Baldi Berg, Ltd. bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J Costello    on behalf of Debtor Thomas F Lappin, Jr. steve@costellolaw.com
              Stephen J Costello    on behalf of Joint Debtor Catherine B Lappin steve@costellolaw.com
                                                                                             TOTAL: 8
```