UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
LAPPIN JR., THOMAS F                      §        Case No. 11-34048
LAPPIN, CATHERINE B                       §
                                          §
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                        .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Elizabeth C. Berg, Ch. 7 Trustee _____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Choice Bank 1900 West State Street Geneva, IL 60134 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IndyMac Mortage/One West | | | | | |
| | 6900 Beatrice Drive | | | | | |
| | Kalamazoo, MI 49009 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adam S Tracy, Ltd 552 S Washington St Suite 211 Naperville, IL 60540 | | | | | |
| | American Express c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | | | | | |
| | Arnstein & Lehr 120 South Riverside Plaza Suite 1200 Chicago, IL 60606 | | | | | |
| | Lease Finance Group 65 E Wacker Dr - Suite 510 Chicago, Il. 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial Svcs Inc 2920 Prospect Park Dr. Rancho Cordova, Ca 95670 | | | | | |
| | Nco Fin/99 PO Box 15636 Wilmington, De 19850 | | | | | |
| | Private Bank 70 West Madison Chicago, Il. 60602 | | | | | |
| | Walter Kelter & Rosen, Ltd 55 W Monroe St., Ste. 3600 Chicago, Il. 60603 | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | EAGLE BROOK COUNTRY CLUB | | | | | |
| 000004 | INLAND BANK & TRUST, F/K/A FIRST CH | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | USAA FEDERAL SAVINGS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM1 - THOMAS & CATHERINE LAPPIN

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-34048 DRC Judge: DONALD R. CASSLING |
|---|---|
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |
| For Period Ending: 10/21/14 | |

| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 08/19/11 (f) |
| 341(a) Meeting Date: | 09/26/11 |
| Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence <br><br> Petitioners own real estate residence located at 3N775 Thomly Road, St. Charles, Il. 60174 | 285,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account <br><br> Fifth Third Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account <br><br> America Bank & Trust | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods <br><br> Living room furniture (5 to 10 years old); Kitchen table and chairs (5 to10 years old); Family room furniture (5 to 10 Years old); Wet bar; 4 bedroom sets (5 to 10 years old) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel <br><br> Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry <br><br> Engagement Ring and Wedding Banks & misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies <br><br> Term Life Insurance Policy (no cash value) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Other Liquidated Debts, Tax Refunds <br><br> 1/5 interest in LLC owned by debtor and his siblings holding title to | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.02

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 1 - THOMAS & CATHERINE LAPPIN
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-34048   DRC   Judge: DONALD R. CASSLING |
|---|---|
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Date Filed (f) or Converted (c): | 08/19/11 (f) |
| 341(a) Meeting Date: | 09/26/11 |
| Claims Bar Date: | 03/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| family vacation home in Boulder Junction, WI | | | | | |
| 9. Equitable or Future Interests<br>Interest in Father's Living Trust | Unknown | 0.00 | | 0.00 | FA |
| 10. Vehicles<br>2006 Nissan Pathfinder (106,000 miles) | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles<br>1996 Pontiac Bonneville | 500.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund - 2010 Federal & State (u) | 0.00 | 8,441.00 | | 8,441.00 | FA |
| 13. STOCK (u)<br>Prepetition Value of Debtor's Fidelity Investment Account ( Comcast Shares) | 0.00 | 746.63 | | 746.63 | FA |
| 14. OTHER-Claim in Peter Lappin bankruptcy estate (u)<br>$127,000 Claim in Peter Lappin bankruptcy case no, 10-56812 - to be paid pro rata if at all | 0.00 | 127,000.00 | | 214.26 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.10 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $298,550.00     $136,187.63          $9,401.99     $0.00

(Total Dollar Amount in Column 6)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-34048   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Case Name: | LAPPIN JR., THOMAS F | | Date Filed (f) or Converted (c): | 08/19/11 (f) |
| | LAPPIN, CATHERINE B | | 341(a) Meeting Date: | 09/26/11 |
| | | | Claims Bar Date: | 03/15/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered nonexempt proceeds of a 2010 tax refund; Trustee investigated disposition of sizable inheritance and

Debtors' investment in multiple failed real estate investments, finding no equity for creditors; Trustee also

investigated estate's interest in family vacation home in Wisconsin  co-owned with the Debtor's 4 siblings and

determined there is no equity in Debtors' share of same; Estate has sizable claim in bankrupty estate of Debtor's

brother Peter Lappin and TR filed proof of claim for same.  Will collect on claim when Peter Lappin case closes and

proceed to close this case.

Initial Projected Date of Final Report (TFR): 06/30/13         Current Projected Date of Final Report (TFR): 06/30/14

        /s/     Elizabeth C. Berg, Ch. 7 Trustee
_____ Date: 10/21/14
        ELIZABETH C. BERG, CH. 7 TRUSTEE

FORM 2   ESTATE OF THOMAS & CATHERINE OF LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-34048 -DRC |
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |
| Taxpayer ID No: | *******4946 |
| For Period Ending: | 10/21/14 |

| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5885  Checking Account |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,067.36 | | 9,067.36 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,057.36 |
| 02/06/14 | 005001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans, LA 70139 | 2013 Bond Premium Bond Number: #016026455 | 2300-000 | | 6.22 | 9,051.14 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.47 | 9,037.67 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.14 | 9,025.53 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.42 | 9,012.11 |
| 04/08/14 | 14 | Estate of Peter J. Lappin c/o Joseph R. Voiland, Trustee 1625 Wing Road Yorkville, IL 60560 | Claim - Monies owed to Peter Lappin | 1229-000 | 214.26 | | 9,226.37 |
| 09/02/14 | 005002 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | TR Final Compensation | 2100-000 | | 1,690.00 | 7,536.37 |
| 09/02/14 | 005003 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 | TR Attorney's Fees | 3110-000 | | 1,952.50 | 5,583.87 |

Page Subtotals          9,281.62          3,697.75

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2 THOMAS & CATHERINE LAPPIN

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit 9

| Case No: | 11-34048  -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Case Name: | LAPPIN JR., THOMAS F | Bank Name: | Associated Bank |
|  | LAPPIN, CATHERINE B | Account Number / CD #: | *******5885  Checking Account |
| Taxpayer ID No: | *******4946 |  |  |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Chicago, IL 60602 |  |  |  |  |  |
| 09/02/14 | 005004 | USAA Federal Savings Bank c/o Weinstein and Riley, PS 2001 Western Avenue Ste 400 Seattle, WA 98121 | Claim 000001, Payment 3.52793% | 7100-000 |  | 228.12 | 5,355.75 |
| 09/02/14 | 005005 | Eagle Brook Country Club 2288 Fargo Blvd. Geneva, Il. 60134 | Claim 000002, Payment 3.52798% | 7100-000 |  | 206.26 | 5,149.49 |
| 09/02/14 | 005006 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000003, Payment 3.52792% | 7100-000 |  | 234.34 | 4,915.15 |
| 09/02/14 | 005007 | Inland Bank & Trust, f/k/a First Choice Bank Attn: Hal O'Donnell 1900 West State Street Geneva, Illinois 60134 | Claim 000004, Payment 3.52795% | 7100-000 |  | 4,652.55 | 262.60 |
| 09/02/14 | 005008 | Portfolio Recovery Associates, LLC c/o Hchase POB 41067 Norfolk VA 23541 | Claim 000005, Payment 3.52789% | 7100-000 |  | 262.60 | 0.00 |

Page Subtotals          0.00          5,583.87

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2 THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | |
|---|---|
| Case No: | 11-34048  -DRC |
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |
| Taxpayer ID No: | *******4946 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5885  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,281.62 | 9,281.62 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,067.36 | 0.00 | |
| | | | Subtotal | | 214.26 | 9,281.62 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 214.26 | 9,281.62 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.02

LFORM24

FORM 2 THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 11-34048 -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | LAPPIN JR., THOMAS F | Bank Name: | Bank of America, N.A. |
| | LAPPIN, CATHERINE B | Account Number / CD #: | *******4361  Money Market Account |
| Taxpayer ID No: | *******4946 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/11 | 12 | Catherine Lappin Cashier's Check Fifth Third Bank Lexington  KY | Turnover of income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 11/23/11 | 12 | Elizabeth W. Lum 12 Meeting House Drive PO Box 246 Cornish Flat  NH  03746 | Turnover of Income Tax Refund | 1224-000 | 4,441.00 | | 8,441.00 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 8,441.03 |
| 12/14/11 | 13 | Fidelity Brokerage Services, LLC BYN Mellon Trust of Delaware Newark, Delaware | Proceeds from Comcast ESPP | 1229-000 | 746.63 | | 9,187.66 |
| 12/29/11 | INT | Bank of America, N.A. | Interest Received from Bank | 1270-000 | 0.07 | | 9,187.73 |
| 12/29/11 | | Transfer to Acct #*******2715 | Bank Funds Transfer | 9999-000 | | 9,187.73 | 0.00 |

Page Subtotals           9,187.73           9,187.73

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2   THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 11-34048 -DRC |
| Case Name: | LAPPIN JR., THOMAS F |
| | LAPPIN, CATHERINE B |
| Taxpayer ID No: | *******4946 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4361  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,187.73 | 9,187.73 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 9,187.73 | |
| | | | Subtotal | | 9,187.73 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,187.73 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2    THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit 9

| Case No: | 11-34048  -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | LAPPIN JR., THOMAS F | Bank Name: | Congressional Bank |
| | LAPPIN, CATHERINE B | Account Number / CD #: | *******2715  Checking Account |
| Taxpayer ID No: | *******4946 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4361 | Bank Funds Transfer | 9999-000 | 9,187.73 | | 9,187.73 |
| 02/21/12 | 003001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Trustee Bond Annual Premium Blanket Bond #016026455 Chicago   NDIL | 2300-000 | | 12.78 | 9,174.95 |
| 02/15/13 | 003002 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans,  LA  70139 | Trustee Bond Annual Premium Bond # 016026455 | 2300-000 | | 7.59 | 9,167.36 |
| 03/08/13 | | CONGRESSIONAL BANK 6500 ROCK SPRING DRIVE SUITE 300 BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 10.00 | 9,157.36 |
| 04/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 10.00 | 9,147.36 |
| 05/22/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 9,137.36 |

Page Subtotals          9,187.73          50.37

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 — THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 11-34048  -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Case Name: | LAPPIN JR., THOMAS F | Bank Name: | Congressional Bank |
| | LAPPIN, CATHERINE B | Account Number / CD #: | *******2715  Checking Account |
| Taxpayer ID No: | *******4946 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee occurred on June 4, 2013. TCMS will now allow me to post date transaction more than 30 days. ~JMM 7.18.13 | 2600-000 | | 10.00 | 9,127.36 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jun 13 | 2600-000 | | 10.00 | 9,117.36 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Jul 13 | 2600-000 | | 10.00 | 9,107.36 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 9,097.36 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Sept13 | 2600-000 | | 10.00 | 9,087.36 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 13 | 2600-000 | | 10.00 | 9,077.36 |

Page Subtotals           0.00          60.00

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2 THOMAS & CATHERINE LAPPIN

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-34048 -DRC | |
| Case Name: | LAPPIN JR., THOMAS F | |
| | LAPPIN, CATHERINE B | |
| Taxpayer ID No: | *******4946 | |
| For Period Ending: | 10/21/14 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2715  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 9,067.36 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 9,067.36 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 9,187.73 | 9,187.73 | 0.00 |
| Less: Bank Transfers/CD's | | 9,187.73 | 9,067.36 | |
| Subtotal | | 0.00 | 120.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 120.37 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5885 | 214.26 | 9,281.62 | 0.00 |
| Money Market Account - *******4361 | 9,187.73 | 0.00 | 0.00 |
| Checking Account - *******2715 | 0.00 | 120.37 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,401.99 | 9,401.99 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 9,077.36 |

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*